```
MCGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
JENNIFER E. DAVIS
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-08-002-GGH |
| ) | |
| Plaintiff, ) | PETITION FOR PROBATION |
| ) | REVOCATION AND |
| v. ) | ORDER TO APPEAR |
| ) | |
| JAIME MICHELLE LAVOIE, ) | DATE: January 5, 2009 |
| ) | TIME: 2:00 p.m. |
| ) | JUDGE: Hon. Gregory G. Hollows |
| Defendant. ) | |
| _____) | |

On March 17 2008, the defendant, JAIME MICHELLE LAVOIE, pled guilty to the following offense:

    1.    Theft of Government Property, in violation of Title 18, United States Code, Section 641, a misdemeanor.

    2. On June 2, 2008, defendant was given the following sentence by United States Magistrate Judge Gregory G. Hollows:

        a.    The defendant shall pay a $1,000.00 fine.

        b.    The defendant shall pay a $25.00 special assessment.

        c.    The defendant shall serve a one-year term of court probation, to terminate upon completion of fine and assessment payments.

1

1    3.   The United States alleges that the defendant has violated
2 the conditions of the sentence imposed and the above mentioned
3 order of the court as follows:
4        a.   The defendant has failed to make any payment on the
5             $1,000.00 fine;
6        b.   The defendant has failed to pay the special
7             assessment of $25.00.
8    4.   The United States therefore petitions the Court to place
9 this matter on its calendar to allow the defendant to show cause
10 why the probation granted on June 2, 2008, should not be revoked.
11   All of the above has been related to me by certified student,
12 Jennifer E. Davis, the law clerk assigned to this case.
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 | I declare under penalty of perjury that the foregoing is true
2 | and correct to the best of my knowledge.
3 | DATED: December 9, 2008        Respectfully Submitted,
4 |                                 MCGREGOR W. SCOTT
                                    United States Attorney
5 |
6 |                         By: /s/ S. Robert Tice-Raskin
                                S. ROBERT TICE-RASKIN
7 |                             Assistant U.S. Attorney
8 |
9 | **ORDER**
10 | Good Cause Appearing, the defendant is ordered to appear on
11 | January 5, 2009, at 2:00 p.m., before the Honorable Gregory G.
12 | Hollows, United States Magistrate Judge, at the U.S. Federal
13 | Courthouse, 501-I Street, 8th Floor, Sacramento, California, to
14 | show cause why probation should not be revoked.
15 |     IT IS SO ORDERED.
16 | Dated: December 17, 2008
17 |  /s/ Gregory G. Hollows
18 | _____
     GREGORY G. HOLLOWS
19 | United States Magistrate Judge
20 | lavoie.ord

3